# Return

| Case No.: 25 MJ 21 | Date and time warrant executed: 3/11/2025 12:30 PM | Copy of warrant and inventory left with: N/A |
|---|---|---|
| Inventory made in the presence of: FBI SA Chris Burke ||||

Inventory of the property taken and name(s) of any person(s) seized:

Used Cell-site simulator to locate target Device cellphone # 414-510-8500

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/19/2025

_____
Executing officer's signature

Christopher Burke
Printed name and title

FBI Special Agent